# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Niyaa Buncch, et al., | Case No. 2:25-cv-00660-GMN-BNW |
| Plaintiffs, | |
| v. | **ORDER** |
| Southern Nevada Regional Housing Authority, et al., | |
| Defendants. | |

This Court previously granted Plaintiff Niyaa Buncch's Second Motion/Application for Leave to Proceed *In Forma Pauperis*. ECF No. 20. In that order, this Court directed Plaintiff to complete and file a USM-285 form for each named defendant (Southern Nevada Regional Housing Authority, Orange County Housing Authority, and Atlas NV, LLC). *Id.* Plaintiff has done so. ECF No. 21. Accordingly, this Court orders as follows:

**IT IS THEREFORE ORDERED** that the Clerk's Office issue summonses for Defendants Southern Nevada Regional Housing Authority, Orange County Housing Authority, and Atlas NV, LLC, using the addresses Plaintiff provided on the USM-285 forms filed at ECF No. 21.

**IT IS FURTHER ORDERED** that the Clerk's Office send the U.S. Marshals Service the following: (1) a copy of this Order; (2) the three issued summonses; (3) the three USM-285 forms (ECF No. 21); (4) three copies of the operative complaint (ECF No. 1-1); and (5) three copies of the Motion for Temporary Restraining Order (ECF No. 10).

/ / /

/ / /

/ / /

/ / /

/ / /

1  **IT IS FURTHER ORDERED** that the U.S. Marshals Service promptly attempt to serve the operative complaint, summons, and motion for temporary restraining order on Defendants Southern Nevada Regional Housing Authority, Orange County Housing Authority, and Atlas NV, LLC.

DATED: June 9, 2025

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE