# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Niyaa Buncch, et al., | Case No. 2:25-cv-00660-GMN-BNW |
| Plaintiffs, | |
| v. | **Order** |
| Southern Nevada Regional Housing Authority, et al., | |
| Defendants. | |

This is a consolidated case in which pro se Plaintiff alleges civil-rights violations against several housing authorities and related persons and entities. The Court consolidated this case and ordered Plaintiff to file a consolidated amended complaint. Plaintiff did so at ECF No. 78.

When a party proceeds *in forma pauperis*, the court "shall issue and serve all process." 28 U.S.C. § 1915(d); *Puett v. Blandford*, 912 F.2d 270, 273 (9th Cir. 1990) ("[A] party proceeding in forma pauperis is entitled to have the summons and complaint served by the U.S. Marshal.").[1] Here, Plaintiff proceeds *in forma pauperis* and is therefore entitled to the Court's aid in serving the Defendants. *See* ECF No. 20.

**IT IS THEREFORE ORDERED** that the Clerk of Court send Plaintiff fifteen blank copies of form USM-285.

**IT IS FURTHER ORDERED** that Plaintiff shall have until November 13, 2025, to send the required USM-285 forms to the U.S. Marshals. On the forms, Plaintiff must fill in the Defendants' last-known addresses.

---

[1] Section 1915(d) dovetails with Rule 4, which provides that upon the request of a plaintiff authorized to proceed in forma pauperis, the Court "must" order "that service be made by a United States marshal or deputy or by a person specifically appointed by the court." FED. R. CIV. P. 4(c)(3).

1    **IT IS FURTHER ORDERED** that the Clerk of Court is directed to issue summonses for
2    all Defendants: Orange County Housing Authority, Southern Nevada Regional Housing
3    Authority, Atlas Real Estate Group LLC, Atlas NV LLC, Yessenia V. Cabrera, Beatriz Gordillo,
4    Vanessa Zempoalteca, Karsaz Law Firm, Chris A. Karsaz, Eric R. Newmark, Findigs, Conservice
5    LLC, Nutiliti Inc., Rent Check Inc, and Office of the Ex-Officio Constable.

6    **IT IS FURTHER ORDERED** that the Clerk of Court serve 15 copies this Order, the issued
7    summonses, the USM-285 forms, and 15 copies of the operative complaint (ECF No. 78) on the
8    U.S. Marshals Service.

9    **IT IS FURTHER ORDERED** that upon receipt of these documents, in accordance with
10   Federal Rule of Civil Procedure 4(c)(3), the U.S. Marshals Service shall attempt service on all
11   Defendants (Orange County Housing Authority, Southern Nevada Regional Housing Authority,
12   Atlas Real Estate Group LLC, Atlas NV LLC, Yessenia V. Cabrera, Beatriz Gordillo, Vanessa
13   Zempoalteca, Karsaz Law Firm, Chris A. Karsaz, Eric R. Newmark, Findigs, Conservice LLC,
14   Nutiliti Inc., Rent Check Inc, and Office of the Ex-Officio Constable) at their last-known addresses.

DATED: October 14, 2025.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE