# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Niyaa Buncch, et al., | Case No. 2:25-cv-00660-GMN-BNW |
| Plaintiffs, | |
| v. | **ORDER** |
| Southern Nevada Regional Housing Authority, et al., | |
| Defendants. | |

Though this Court previously directed the U.S. Marshals Service to serve Defendant Office of the Ex-Officio Constable, Plaintiff states that she has recently obtained an updated address and confirmed that said address is correct. ECF No. 151. Thus, Plaintiffs seeks an order from this Court directing the U.S. Marshals Service to re-serve Defendant Office of the Ex-Officio Constable. *Id.*

When a party proceeds *in forma pauperis* the court "shall issue and serve all process." 28 U.S.C. § 1915(d); *Puett v. Blandford*, 912 F.2d 270, 273 (9th Cir. 1990) ("a party proceeding *in forma pauperis* is entitled to have the summons and complaint served by the U.S. Marshal.").[1] Here, Plaintiff proceeds *in forma pauperis* and is therefore entitled to the Court's aid. *See* ECF No. 20. Accordingly, this Court will grant her request.

**IT IS THEREFORE ORDERED** that Plaintiff's motion requesting service (ECF No. 151) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to: (1) issue a summons for Defendant Office of the Ex-Officio Constable; (2) deliver the summons, one copy of

---

[1] Section 1915(d) dovetails with Rule 4, which provides that upon the request of a plaintiff authorized to proceed in forma pauperis, the Court "must" order "that service be made by a United States marshal or deputy or by a person specifically appointed by the court." Fed. R. Civ. P. 4(c)(3).

the operative complaint (ECF No. 78), and a copy of this Order to the U.S. Marshal for service; and (3) mail Plaintiff one blank copy of Form USM-285.

**IT IS FURTHER ORDERED** that Plaintiff shall have until February 2, 2026, in which to send the U.S. Marshals Service the required USM-285 form.

**IT IS FURTHER ORDERED** that upon receipt of the USM-285 form, the U.S. Marshal shall, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on Defendant Office of the Ex-Officio Constable.

DATED: January 9, 2026

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE