**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Niyaa Buncch, et al., | Case No. 2:25-cv-00660-GMN-BNW |
| Plaintiffs, | **ORDER TO STRIKE PLAINTIFFS' SURREPLY IN OPPOSITION TO DEFENDANTS MOTION TO DEEM PLAINTIFFS VEXATIOUS LITIGANTS** |
| v. | |
| Southern Nevada Regional Housing Authority, et al., | |
| Defendants. | |

Before this Court is Plaintiffs' surreply in opposition to Defendants' motion to deem Plaintiffs vexatious litigants. ECF No. 69. This surreply followed Defendants' reply to the response to its motion to deem Plaintiffs vexatious litigants. ECF No. 64. For the reasons discussed below, this Court strikes Plaintiffs' surreply.

## I.    DISCUSSION

This Court strikes Plaintiffs' surreply under Local Rule 7-2(b). Rule 7-2(b) states that following the filing of a motion, a response with points and authorities may be filed fourteen days after service of the motion; any opposing party reply may be filed seven days after service of the response. LR 7-2(b). However, following a response and a reply, "[s]urreplies are not permitted without leave of court; motions for leave to file a surreply are discouraged." *Id.*

Here, Plaintiffs failed to seek leave from this Court prior to filing the surreply in opposition to Defendants motion to deem Plaintiffs vexatious litigants. ECF No. 69. Therefore, this Court orders Plaintiff's surreply stricken from the record for failing to seek leave and reiterates that future motions for leave to file surreplies are discouraged. *See* LR 7-2(d).

/ /

/ /

/ /

/ /

## II.    CONCLUSION

**IT IS ORDERED** that Plaintiffs' surreply in opposition to Defendants motion to deem Plaintiffs vexatious litigant (ECF No. 69) be **STRICKEN**.


DATED: February 25, 2026


_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE